1  Scott N. Cameron (SBN 226605)
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, CA 95814
3  Telephone: 916-442-5230

4  Attorney for:
   JESUS EFRAIN AVILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  Cr. S-08-212 LKK |
|---|---|---|
|                           | ) |                            |
|            Plaintiff,     | ) | STIPULATION AND ORDER CONTINUING |
|                           | ) | STATUS CONFERENCE          |
|     v.                    | ) |                            |
|                           | ) |                            |
| JESUS EFRAIN AVILA, et. al., | ) | DATE:  February 2, 2010 |
|                           | ) | TIME:   9:15 a.m.          |
|            Defendants.    | ) | COURT:  Hon. Lawrence K Karlton |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for February 2, 2010, may be continued to March 9, 2010, at 9:15 a.m.  The parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.  This case involves voluminous document discovery and audio recordings of wire taps.  Defense counsel for JESUS AVILA was appointed on January 6, 2010, and the defense investigation has just recently been initiated.

/ / /

/ / /

/ / /

1

    The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: January 29, 2010          BENJAMIN WAGONER
                                 United States Attorney


                           by    /s/ Mary Grad
                                 Mary Grad
                                 Assistant U.S. Attorney

DATED: January 29, 2010

                           by    /s/ Scott N. Cameron
                                 Scott N. Cameron
                                 Counsel for Jesus Efrain Avila

                              Order

    Good cause appearing,

    The status conference scheduled for February 2, 2010, is continued to March 9, 2010, at 9:15 a.m.

    Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation through the date of the hearing.


    IT IS SO ORDERED.



DATED: February 1, 2010


                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT

2