```
Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
JESUS EFRAIN AVILA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  Cr. S-08-212 LKK |
|  Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
|  v. | ) |  |
| JESUS EFRAIN AVILA, et. al., | ) | DATE:  March 9, 2010 |
|  | ) | TIME:  9:15 a.m. |
|  Defendants. | ) | COURT: Hon. Lawrence K. Karlton |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the status conference scheduled for March 9, 2010, may be continued to April 13, 2010, at 9:15 a.m. The parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4. This case involves voluminous document discovery and audio recordings of wire taps. The defense is actively involved in an investigation and is still review wire tap and documentary evidence.

/ / /

/ / /

/ / /

1

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: March 3, 2010            BENJAMIN WAGONER
                                United States Attorney

                          by    /s/ Mary Grad
                                Mary Grad
                                Assistant U.S. Attorney

DATED: March 3, 2010

                          by    /s/ Scott N. Cameron
                                Scott N. Cameron
                                Counsel for Jesus Efrain Avila

<u>Order</u>

Good cause appearing,

The status conference scheduled for March 9, 2010, is continued to April 13, 2010, at 9:15 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation through the date of the hearing.

IT IS SO ORDERED.

DATED: March 8, 2010            LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

2