```
 1  Scott N. Cameron (SBN 226605)
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, CA 95814
 3  Telephone: 916-442-5230

 4  Attorney for:
    JESUS EFRAIN AVILA
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  Cr. S-08-212 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| JESUS EFRAIN AVILA, et. al., | ) | DATE:  April 13, 2010 |
| | ) | TIME:  9:15 a.m. |
| Defendants. | ) | COURT:  Hon. Lawrence K. Karlton |
| _____ | ) | |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for April 13, 2010, may be continued to June 8, 2010, at 9:15 a.m.  The parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.  This case involves voluminous document discovery and audio recordings of wire taps.  The defense is actively involved in an investigation and is still reviewing wire tap and documentary evidence.

/ / /

/ / /

/ / /

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: April 7, 2010           BENJAMIN WAGONER
                               United States Attorney


                         by    /s/ Mary Grad
                               Mary Grad
                               Assistant U.S. Attorney

DATED: April 7, 2010

                         by    /s/ Scott N. Cameron
                               Scott N. Cameron
                               Counsel for Jesus Efrain Avila

## Order

Good cause appearing,

The status conference scheduled for April 13, 2010, is continued to June 8, 2010, at 9:15 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation through the date of the hearing.

IT IS SO ORDERED.

DATED: April 13, 2010          _____
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

2