Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
JESUS EFRAIN AVILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. Cr. S-08-212 LKK | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE | |
| v. ) | | |
| JESUS EFRAIN AVILA, et. al., ) | DATE: June 8, 2010 | |
| ) | TIME: 9:15 a.m. | |
| Defendants. ) | COURT: Hon. Lawrence K. Karlton | |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the status conference scheduled for June 8, 2010, may be continued to August 3, 2010, at 9:15 a.m. The parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4. This case involves voluminous document discovery and audio recordings of wire taps. The defense is actively involved in an investigation and is still reviewing wire tap and documentary evidence.

/ / /

/ / /

/ / /

1

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: June 4, 2010        BENJAMIN WAGONER
                           United States Attorney


                      by   /s/ Mary Grad
                           Mary Grad
                           Assistant U.S. Attorney

DATED: June 4, 2010

                      by   /s/ Scott N. Cameron
                           Scott N. Cameron
                           Counsel for Jesus Efrain Avila

## Order

Good cause appearing,

The status conference scheduled for June 8, 2010, is continued to August 3, 2010, at 9:15 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation through the date of the hearing.

IT IS SO ORDERED.


DATED: June 7, 2010        _____
                           LAWRENCE K. KARLTON
                           SENIOR JUDGE
                           UNITED STATES DISTRICT COURT

2