BENJAMIN B. WAGNER
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:08-CR-212-LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | DATE |
| ) | |
| JESUS EFFRAIN AVILA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated between the United States, through its undersigned counsel Assistant U.S. Attorney Mary L. Grad and the defendant Jesus Effrain Avila, through his undersigned counsel, that the status conference presently set for August 3, 2010 be **continued to August 31, 2010 at 9:15 a.m.**, and placed on the court's calendar for further status for that date.

Counsel for defendant needs time to review the government's plea offer with the defendant.  The parties further stipulate that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(B)(iv) (local code T-4) and time, therefore,

will be excluded from August 3, 2010 through August 31, 2010.

                                  BENJAMIN B. WAGNER
                                  United States Attorney

Date: July 28, 2010         /s/ Mary L. Grad
                                  By: MARY L. GRAD
                                  Assistant United States Attorney


                                  /s/ Scott Cameron
                                  Counsel for Jesus Effrain Avila


SO ORDERED.

Date: July 29, 2010

                                _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT