```
Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
JESUS EFRAIN AVILA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  Cr. S-08-212 LKK |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| JESUS EFRAIN AVILA, et. al., | ) | DATE:   August 31, 2010 |
| | ) | TIME:   9:15 a.m. |
| Defendants. | ) | COURT:  Hon. Lawrence K. Karlton |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the status conference scheduled for August 31, 2010, may be continued to October 5, 2010, at 9:15 a.m.  The parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.  This case involves voluminous document discovery and audio recordings of wire taps.  The defense is actively involved in an investigation and is still reviewing wire tap and documentary evidence.

/ / /

/ / /

/ / /

1

1   The prosecutor has authorized defense counsel to sign this
2  stipulation on her behalf.

4  DATED: August 27, 2010          BENJAMIN WAGNER
                                   United States Attorney

                            by    /s/ Mary Grad
                                   Mary Grad
                                   Assistant U.S. Attorney

9  DATED: August 27, 2010

                            by    /s/ Scott N. Cameron
                                   Scott N. Cameron
                                   Counsel for Jesus Efrain Avila

                                   <u>Order</u>

    Good cause appearing,

    The status conference scheduled for August 31, 2010, is
continued to October 5, 2010, at 9:15 a.m.

    Time is excluded from the speedy trial calculation pursuant to
18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel
preparation through the date of the hearing.

    IT IS SO ORDERED.

DATED: September 3, 2010
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

2