```
Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
JESUS EFRAIN AVILA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JESUS EFRAIN AVILA, et. al.,<br><br>        Defendants. | CASE NO.  Cr. S-08-212 LKK<br><br>STIPULATION AND ORDER CONTINUING<br>TRIAL CONFIRMATION HEARING AND<br>JURY TRIAL<br><br>DATE:   January 4, 2011<br>TIME:   9:15 a.m.<br>COURT:  Hon. Lawrence K. Karlton |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the trial confirmation hearing scheduled for January 4, 2011, and the jury trial scheduled for January 25, 2011, may be continued to April 5, 2011, at 9:15 a.m., and April 19, 2011, at 10:30 a.m., respectively.

The reasons for this continuance are as follows:

1. Additional discovery has been provided to the defense since the last court appearance when the original trial date was set.

2. The additional discovery has resulted in a subsequent discovery request from the defense which may or may not be contested by the government. The parties are currently attempting to work out the discovery issue in a manner that

1

would avoid judicial resources.

3. A new prosecutor was assigned to the case on December 10, 2010. The new prosecutor needs additional time to review the file as a prerequisite to addressing defense counsel's discovery and pre-trial requests.

4. The additional discovery requires that the defense conduct an aspect of investigation which was not previously contemplated.

5. It should also be noted that this case involves voluminous document discovery and audio recordings of wire taps.

The parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, through April 19, 2011.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: December 17, 2010         BENJAMIN WAGNER
                                 United States Attorney


                          by     /s/ Todd Leras
                                 Todd Leras
                                 Assistant U.S. Attorney

DATED: December 17, 2010


                          by     /s/ Scott N. Cameron
                                 Scott N. Cameron
                                 Counsel for Jesus Efrain Avila

Order

Good cause appearing,

The trial confirmation hearing scheduled for January 4, 2011, and the jury trial scheduled for January 25, 2011, are continued to April 5, 2011, at 9:15 a.m., and April 19, 2011, at 10:30 a.m., respectively.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation through April 19, 2011.

IT IS SO ORDERED.

DATED: December 20, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT