1  Scott N. Cameron (SBN 226605)
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, CA 95814
3  Telephone: 916-442-5230

4  Attorney for:
   JESUS EFRAIN AVILA

5

6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,    )   CASE NO. 08-CR-00212 LKK
                                 )
11              Plaintiff,       )   **STIPULATION AND ORDER CONTINUING**
                                 )   **SENTENCING HEARING AND MODIFYING**
12       v.                      )   **PRESENTENCE REPORT DISCLOSURE**
                                 )   **SCHEDULE**
13  JESUS EFRAIN AVILA, et. al., )
                                 )
14              Defendants.      )   DATE:   August 30, 2011
                                 )   TIME:   9:15 a.m.
15  _____)   COURT:  Hon. Morrison C. England

16

17                         **Stipulation**

18      The parties, through undersigned counsel, stipulate that the

19  judgement and sentencing hearing scheduled for August 30, 2011, may be

20  continued to September 20, 2011, at 9:15 a.m.

21      Defense counsel for Jesus Avila is preparing the initial

22  objections to the preliminary presentence report.  However, there is

23  a material fact which counsel for the defendant must investigate prior

24  to raising an initial objection with the assigned Probation Officer.

25  As such, counsel for the defense needs the additional time requested

26  to complete the investigation.

27  / / /

28  / / /

                                1

The parties agree to the following schedule for the disclosure of the presentence report which has also been approved by the assigned probation officer:

Proposed PSR to Counsel:                 Completed

Counsel's Written Obj's to Probation:    August 23, 2011

Presentence Report Filed With Court:     August 30, 2011

Motion for Corrections to PSR:           September 6, 2011

Reply or Statement of Non-Opposition:    September 13, 2011

Judgment and Sentencing:       September 20, 2011 at 9:15 a.m.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: August 1, 2011            BENJAMIN WAGNER
                                 United States Attorney

                          by     /s/ Scott Cameron, for
                                 Todd Leras
                                 Assistant U.S. Attorney

DATED: August 1, 2011     by     /s/ Scott N. Cameron
                                 Scott N. Cameron
                                 Counsel for JESUS AVILA

### Order

Good cause appearing,

The sentencing hearing scheduled for August 30, 2011, is continued to September 20, 2011, at 9:15 a.m. The schedule for the disclosure of the presentence report is modified as set forth in the above-stated stipulation.

IT IS SO ORDERED.

DATED: August 1, 2011

                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT