Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
JESUS EFRAIN AVILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08-CR-00212 LKK |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND MODIFYING PRESENTENCE REPORT DISCLOSURE SCHEDULE** |
| v. ) | |
| JESUS EFRAIN AVILA, et. al., ) | |
| Defendants. ) | DATE:   September 20, 2011 |
| ) | TIME:   9:15 a.m. |
| _____) | COURT:  Hon. Lawrence K. Karlton |

**Stipulation**

The parties, through undersigned counsel, stipulate that the judgment and sentencing hearing scheduled for September 20, 2011, may be continued to October 18, 2011, at 9:15 a.m.

The Probation Department is in the process of correcting a technical point in the Pre-Sentence Investigation Report which causes several changes throughout the document. Once the changes have been made to the report, defense counsel needs the time to travel to Butte County to review the final report with the defendant, Jesus Avila.

Probation Officer Lori Clanton has been consulted and agrees to the new date for judgment and sentencing.

The parties agree to the following schedule for the disclosure of the pre-sentence report which has also been approved by the assigned probation officer:

| | |
|---|---|
| Proposed PSR to Counsel: | Completed |
| Counsel's Written Obj's to Probation: | Completed |
| Presentence Report Filed With Court: | September 27, 2011 |
| Motion for Corrections to PSR: | October 4, 2011 |
| Reply or Statement of Non-Opposition: | October 11, 2011 |
| Judgment and Sentencing: | October 18, 2011 at 9:15 a.m. |

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: September 16, 2011          BENJAMIN WAGNER
                                   United States Attorney

                          by   /s/ Scott Cameron, for
                               Todd Leras
                               Assistant U.S. Attorney

DATED: September 16, 2011     by   /s/ Scott N. Cameron
                                   Scott N. Cameron
                                   Counsel for JESUS AVILA

## **Order**

Good cause appearing,

The sentencing hearing scheduled for September 20, 2011, is continued to October 18, 2011, at 9:15 a.m. The schedule for the disclosure of the presentence report is modified as set forth in the above-stated stipulation.

IT IS SO ORDERED.

DATED: September 19, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT